# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEADA FRESQUEZ, | 1:13-cv-01897-AWI-SAB |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE TREASURE TAX COLLECTOR DEPARTMENT HEAD MR. FORD, and of the County CEO Risk Management Division, and DOES 1 through 25, inclusive, | (Doc. 6) |
| Defendant. | |

Defendants County of Stanislaus, Gordon Ford, and County CEO Risk Management Division, have filed a motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, motion for more definite statement pursuant to Federal Rule of Civil Procedure 12(e). This motion is set for hearing before this Court on Monday, January 13, 2014 at 1:30 p.m.. Plaintiff, Loveada Frequez, has filed no opposition. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District

1

Local Rule 230(g). The hearing date of January 13, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 7, 2014                          _____
                                                  SENIOR  DISTRICT  JUDGE