# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEADA FRESQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No.  1:13-cv-01897-AWI-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>FOURTEEN-DAY DEADLINE |

    Due to the pending Motion to Dismiss currently pending before the District Court, the Scheduling Conference in this action is reset from January 21, 2014 to March 11, 2014 at 2:30 P.M. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.

    On November 22, 2013, the Court issued an Order setting the mandatory scheduling conference date and informing the parties of the form of and information to be submitted in their scheduling report. Defendants have submitted a Scheduling Report which does not comport with this Court's Scheduling Conference Order[1]. Defendants are referred to the Order issued November 22, 2013 for the form and content of the Scheduling Report that is required by the Court.

    Plaintiff is advised that she is required to participate in the Scheduling Report and

---

[1] The Court notes that Plaintiff did not participate in the Scheduling Report as her counsel is not admitted to practice in Federal Court.  In an Order issued January 10, 2014, the Court noted that Plaintiff's counsel has been provided with a Petition by Attorney for Admission form, but has not sought admission to practice before this Court.

Scheduling Conference. If Plaintiff is unable to participate in a joint statement, then she is required to file a separate scheduling report that comports with the Court's Scheduling Conference Order. The parties shall file an Amended Scheduling Report that comports with the Scheduling Conference Order at least seven (7) calendar days prior to the continued scheduling conference date.

Finally, Plaintiff's counsel has not filed a Petition for Admission to this court. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall notify the Court of the status of her legal representation in this action.

IT IS SO ORDERED.

Dated: **January 15, 2014**

UNITED STATES MAGISTRATE JUDGE