# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEADA FRESQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No.  1:13-cv-01897-AWI-SAB<br><br>ORDER RE SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 13) |

This action was removed by Defendants from Stanislaus County Superior Court on November 22, 2013. (ECF No. 1.) The Clerk's Office noted that the attorney representing Plaintiff in State court was not admitted to practice within the Eastern District of California and provided a Petition for Attorney Admission and ECF Registration Form. (ECF No. 4.) On January 6, 2014, Plaintiff filed a motion seeking an extension of time to find an attorney. (ECF No. 9.) On January 24, 2014, Plaintiff filed a substitution of attorney form indicating that she is proceeding pro se in this action. (ECF No. 13.) Plaintiff's attorney information has been updated in the ECF system and the Court notes that Plaintiff is proceeding pro se in this action.

IT IS SO ORDERED.

Dated: __**January 30, 2014**__                      _____
                                                                         UNITED STATES MAGISTRATE JUDGE

1