# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEADA FRESQUEZ, <br><br>  Plaintiff, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br>  Defendants. | Case No. 1:13-cv-01897-AWI-SAB <br><br> ORDER GRANTING REQUEST FOR EXTENSION OF TIME <br><br> (ECF NO. 19) <br><br> AMENDED COMPLAINT DUE SEPTEMBER 1, 2014 |

On November 22, 2013, this action was removed to this Court from the Superior Court of California for the County of Stanislaus. (ECF No. 1.) On May 14, 2014, an order issued granting Defendants' motion to dismiss and Plaintiff was granted sixty days to file an amended complaint. (ECF No. 18.) On July 14, 2014, Plaintiff filed a motion for an extension of time. (ECF No. 19.)

The Court finds good cause to grant Plaintiff's motion for an extension of time. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint shall be filed on or before September 1, 2014;

2. The scheduling conference currently set for August 12, 2014 at 2:00 p.m. is reset to November 17, 2014 at 10:00 a.m; and

///

///

1

3. The parties are to file a joint scheduling conference report one week prior to the scheduling conference date.

IT IS SO ORDERED.

Dated: **July 18, 2014**

_____
UNITED STATES MAGISTRATE JUDGE