## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                          **JUDGMENT IN A CIVIL CASE**

**LOVEADA FRESQUEZ,**

                          CASE NO: **1:13–CV–01897–AWI–SAB**

    v.

**COUNTY OF STANISLAUS, ET AL.,**

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/29/14**

                                         **Marianne Matherly**
                                         Clerk of Court

ENTERED: **September 29, 2014**

                              by: /s/ J. Hellings
                                       Deputy Clerk